IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUTHELLEN CARVER** | : | Civil No. 1:15-cv-0634 |
| **Plaintiff,** | : | |
| v. | : | |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 7th day of November, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The court adopts the report and recommendation (Doc. 16) of the magistrate judge;

2) This matter is remanded back to the Commissioner of Social Security to develop the record more fully, conduct a new administrative hearing, and appropriately evaluate the evidence in accordance with the magistrate judge's report.

3) The clerk of court shall close this case.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge